**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   William E Covington and Seneca Covington<br>        Debtors<br>    and<br><br>Shanita D. Outing<br>        Co-Debtor<br><br>Far REO Sub I LLC, or its Successor or Assignee<br>        Movant<br>    vs.<br>Kenneth E. West, Trustee<br>William E Covington and Seneca Covington<br>Shanita D. Outing<br>        Respondents | Chapter 13<br>Bankruptcy No. 22-12697-amc |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Far REO Sub I LLC or its Successor or Assignee, has filed a Motion for Relief from the Automatic Stay *Nunc Pro Tunc* To October 7, 2022 And Waiving The Waiting Period Of F.R.B.P, 4001(a)(3) with the Court for requesting Relief from the automatic stay as to property at 5841 Cobbs Creek Parkway, Philadelphia, Pennsylvania 19143.

**Your rights may be affected.**  You should read these papers carefully and discuss them with **your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 6, 2024  you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

            United States Bankruptcy Court
            For the Eastern District of Pennsylvania
            900 Market Street, Suite 400
            Philadelphia, Pennsylvania 19109

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the Movant's attorney:

            Andrew M. Lubin, Esquire
            McCabe, Weisberg & Conway, LLC
            1420 Walnut Street, Suite 1501
            Philadelphia, PA 19102

Phone: 215-790-1010
Fax: 215-790-1274

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, U.S.B.J. on May 21, 2024 at 11:00 a.m. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19109.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

Date: April 22, 2024