**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   William E Covington and Seneca Covington<br>            Debtors<br>        and<br><br>Shanita D. Outing<br>            Co-Debtor<br><br>Far REO Sub I LLC, or its Successor or Assignee<br>            Movant<br>        vs.<br>Kenneth E. West, Trustee<br>William E Covington and Seneca Covington<br>Shanita D. Outing<br>            Respondents | Chapter 13<br>Bankruptcy No. 22-12697-amc |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, *NUNC PRO TUNC* TO OCTOBER 7, 2022, AND WAIVING THE WAITING PERIOD OF F.R.B.P. 4001(a)(3) AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Andrew M. Lubin, attorney for Far REO Sub I LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay *Nunc Pro Tunc* To October 7, 2022 And Waiving The Waiting Period Of F.R.B.P, 4001(a)(3) and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: April 22, 2024

| | | |
|---|---|---|
| William E Covington<br>400 N. Charlotte Street<br>Pottstown, PA 19464<br><br>Seneca Covington<br>400 N. Charlotte Street<br>Pottstown, PA 19464<br><br>Shanita D. Outing<br>5700 N Marine Street<br>Philadelphia, PA 19141 | DAVID M. OFFEN<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br><br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Far REO Sub I LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com