UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    William E Covington and Seneca Covington<br>                    Debtors<br>            and<br><br>Shanita D. Outing<br>            Co-Debtor<br><br>Far REO Sub I LLC, or its Successor or Assignee<br>            Movant<br>        vs.<br>Kenneth E. West, Trustee<br>William E Covington and Seneca Covington<br>Shanita D. Outing<br>            Respondents | Chapter 13<br>Bankruptcy No. 22-12697-amc |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND
CO-DEBTOR STAY, *NUNC PRO TUNC* TO OCTOBER 7, 2022, AND WAIVING THE
WAITING PERIOD OF F.R.B.P. 4001(a)(3)**

AND NOW, this 22nd day of May, 2024, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to the date of the petition's filing, October 7, 2022, to permit Far REO Sub I LLC, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 5841 Cobbs Creek Parkway, Philadelphia, Pennsylvania 19143, so as to validate all actions taken by the Movant while the stay was in place, and all actions taken in State Court subsequent thereto, as if the automatic stay never existed and was never in place as to the Movant's interest in the above referenced property: and it is

ORDERED that such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that the relief granted by this Order shall be and is effective immediately and not subject to the fourteen-day waiting period set forth in Rule 4001(a)(3) and it is

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

Upon execution and entry of this Order, the requirements specified in Federal Rule of Bankruptcy Procedure 3002.1 (a) B (i) are hereby waived, or made inapplicable in their entirety, during the pendency

of the within bankruptcy case absent further Order of this Court.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William E Covington
400 N. Charlotte Street
Pottstown, PA 19464

Seneca Covington
400 N. Charlotte Street
Pottstown, PA 19464

Shanita D. Outing
5700 N Marine Street
Philadelphia, PA 19141

United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107