United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                          Case No. 22-12697-amc

William E Covington           Chapter 13

Seneca Covington

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin           Page 1 of 2

Date Rcvd: May 22, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + William E Covington, Seneca Covington, 400 N. Charlotte Street, Pottstown, PA 19464-5312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G amps@manleydeas.com |
| ANDREW M. LUBIN | on behalf of Creditor Far REO Sub I LLC nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Seneca Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor William E Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor HEMAP Homeowner's Emergency Mortgage Assistance Program Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARISA MYERS COHEN | on behalf of Creditor Finance of America Reverse LLC ecfmail@mwc-law.com mcohen@mwc-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    William E Covington and Seneca Covington<br>                                   Debtors<br>                        and<br><br>Shanita D. Outing<br>                                   Co-Debtor<br><br>Far REO Sub I LLC, or its Successor or Assignee<br>                                   Movant<br>                        vs.<br>Kenneth E. West, Trustee<br>William E Covington and Seneca Covington<br>Shanita D. Outing<br>                                   Respondents | Chapter 13<br>Bankruptcy No. 22-12697-amc |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND**
**CO-DEBTOR STAY, *NUNC PRO TUNC* TO OCTOBER 7, 2022, AND WAIVING THE**
**WAITING PERIOD OF F.R.B.P. 4001(a)(3)**

AND NOW, this  22nd day of    May        , 20 24 , it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED to the date of the petition's filing, October 7, 2022, to permit Far REO Sub I LLC, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 5841 Cobbs Creek Parkway, Philadelphia, Pennsylvania 19143, so as to validate all actions taken by the Movant while the stay was in place, and all actions taken in State Court subsequent thereto, as if the automatic stay never existed and was never in place as to the Movant's interest in the above referenced property: and it is

ORDERED that such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that the relief granted by this Order shall be and is effective immediately and not subject to the fourteen-day waiting period set forth in Rule 4001(a)(3) and it is

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

Upon execution and entry of this Order, the requirements specified in Federal Rule of Bankruptcy Procedure 3002.1 (a) B (i) are hereby waived, or made inapplicable in their entirety, during the pendency

of the within bankruptcy case absent further Order of this Court.

                                                      Ashely M. Chan
                                                      United States Bankruptcy Judge

cc.:
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William E Covington
400 N. Charlotte Street
Pottstown, PA 19464

Seneca Covington
400 N. Charlotte Street
Pottstown, PA 19464

Shanita D. Outing
5700 N Marine Street
Philadelphia, PA 19141

United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107