IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-12697 |
| **William E Covington** | : Chapter 13 |
| **Seneca Covington** | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Ajax Mortgage Loan Trust 2021-G,** | : |
| **Mortgage-Backed Securities, Series** | : |
| **2021-G, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| **Movant,** | : |
| | : |
| vs | : |
| | : |
| **William E Covington** | : |
| **Seneca Covington** | |
| **Kenneth E. West** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, this  14th  day of  June , 20 24 , upon consideration of the Certification of Default filed by Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 400 N Charlotte St, Pottstown, PA 19464 and more particularly described in the Mortgage, recorded December 1, 2006, at Mortgage Book Volume 11965, Page 02599-02615.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

22-032005_SJW

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

DAVID M. OFFEN, Attorney for Debtor, 601 Walnut Street, Suite 160 West, Philadelphia, PA  19106, dmo160west@gmail.com (notified by ecf)

William E Covington and Seneca Covington, Debtor, 400 N. Charlotte Street, Pottstown, PA 19464 (notified by regular US Mail)

PHFA/HEMAP, Party of Interest, 211 NORTH FRONT ST, PO BOX 15530, Harrisburg, PA 17105-5530 (notified by regular US Mail)

Borough of Pottstown, Party of Interest, c/o Portnoff Law Associates Ltd, PO Box 3020, Norristown, PA  19404 (notified by regular US Mail)

22-032005_SJW