United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12697-amc |
| William E Covington | Chapter 13 |
| Seneca Covington | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E Covington, Seneca Covington, 400 N. Charlotte Street, Pottstown, PA 19464-5312 |
| cr | + | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G amps@manleydeas.com |
| ANDREW M. LUBIN | on behalf of Creditor Far REO Sub I LLC nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Seneca Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor William E Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD

on behalf of Creditor Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER

on behalf of Creditor HEMAP Homeowner's Emergency Mortgage Assistance Program Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARISA MYERS COHEN

on behalf of Creditor Finance of America Reverse LLC ecfmail@mwc-law.com mcohen@mwc-law.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-12697 |
| **William E Covington** | : Chapter 13 |
| **Seneca Covington** | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * |
| Debtor(s) | : |
| | : |
| **Ajax Mortgage Loan Trust 2021-G,** | : |
| **Mortgage-Backed Securities, Series** | : |
| **2021-G, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| Movant, | : |
| vs | : |
| | : |
| **William E Covington** | : |
| **Seneca Covington** | |
| **Kenneth E. West** | |
| Respondents. | |

### ORDER OF COURT

AND NOW, this <u>14th</u> day of <u>June</u>, 20<u>24</u>, upon consideration of the Certification of Default filed by Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 400 N Charlotte St, Pottstown, PA 19464 and more particularly described in the Mortgage, recorded December 1, 2006, at Mortgage Book Volume 11965, Page 02599-02615.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Adam B. Hall, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

22-032005_SJW

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

DAVID M. OFFEN, Attorney for Debtor, 601 Walnut Street, Suite 160 West, Philadelphia, PA 19106, dmo160west@gmail.com (notified by ecf)

William E Covington and Seneca Covington, Debtor, 400 N. Charlotte Street, Pottstown, PA 19464 (notified by regular US Mail)

PHFA/HEMAP, Party of Interest, 211 NORTH FRONT ST, PO BOX 15530, Harrisburg, PA 17105-5530 (notified by regular US Mail)

Borough of Pottstown, Party of Interest, c/o Portnoff Law Associates Ltd, PO Box 3020, Norristown, PA 19404 (notified by regular US Mail)

22-032005_SJW