United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12697-amc |
| William E Covington | Chapter 13 |
| Seneca Covington | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E Covington, Seneca Covington, 400 N. Charlotte Street, Pottstown, PA 19464-5312 |
| cr | + | HEMAP Homeowner's Emergency Mortgage Assistance Pr, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14727120 | + | Borough of Pottstown, c/o Portnoff Law Associates Ltd, PO Box 3020, Norristown, PA 19404-3020 |
| 14727121 | + | Borough of Pottstown, 100 East High Street - Finance Dept., Pottstown, PA 19464-5438 |
| 14743511 | + | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14743512 | + | Borough of Pottstown/Pottstown Borough Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14865060 | + | Finance Of America Reverse LLC., C/O MARISA MYERS COHEN, ESQUIRE, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 14733102 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., PURCELL, KRUG & HALLER, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14727291 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727159 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 27 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: amps@manleydeas.com | Jun 27 2024 00:08:00 | Ajax Mortgage Loan Trust 2021-G, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14737583 | + | Email/Text: ellie.bulin@gregoryfunding.com | Jun 27 2024 00:08:00 | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 14729461 | | Email/Text: amps@manleydeas.com | Jun 27 2024 00:08:00 | Ajax Mortgage Loan Trust 2021-G, c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14728660 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 01:35:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14727122 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 00:12:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14727119 | + | Email/Text: documentfiling@lciinc.com | Jun 27 2024 00:08:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |

Case 22-12697-amc    Doc 82    Filed 06/28/24    Entered 06/29/24 00:36:00    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 53 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14727123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:09:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14727124 | + | Email/Text: EBN@thecmigroup.com | Jun 27 2024 00:08:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288 |
| 14727125 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 01:34:53 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14727126 | + | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:08:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14727129 | ^ | MEBN | Jun 26 2024 23:51:36 | Gregory Funding, P.O. Box 742334, Los Angeles, CA 90074-2334 |
| 14727130 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2024 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14727128 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2024 00:09:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14727131 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 00:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-9617 |
| 14727132 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2024 00:08:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14728658 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:11:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14727133 | + | Email/PDF: cbp@omf.com | Jun 27 2024 01:35:01 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14742302 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 27 2024 00:09:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14727136 | | Email/Text: blegal@phfa.org | Jun 27 2024 00:09:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15530, Harrisburg, PA 17105-5530 |
| 14733043 | + | Email/Text: blegal@phfa.org | Jun 27 2024 00:09:00 | PHFA/HEMAP, 211 N. Front St., Harrisburg, PA 17101-1466 |
| 14849204 | ^ | MEBN | Jun 26 2024 23:51:31 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14727141 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 01:35:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14727144 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:48 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14727135 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 27 2024 00:09:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14733622 | + | Email/Text: blegal@phfa.org | Jun 27 2024 00:09:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14727137 | ^ | MEBN | Jun 26 2024 23:51:36 | Philadelphia Gas Works, Attn: Bankruptcy Department, 800 West Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 14727138 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:25:31 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14742239 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 00:09:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14727145 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 00:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14727147 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:10:56 | Resurgent Capital Services, PO Box 10587, |

Case 22-12697-amc  Doc 82  Filed 06/28/24  Entered 06/29/24 00:36:00  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0587 |
| 14727151 | + | Email/Text: DeftBkr@santander.us | Jun 27 2024 00:09:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14727291 | ^ | MEBN | Jun 26 2024 23:51:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727152 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:48 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14727153 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 14730010 | | Email/Text: electronicbkydocs@nelnet.net | Jun 27 2024 00:09:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14727127 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 27 2024 00:09:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14727155 | | Email/Text: electronicbkydocs@nelnet.net | Jun 27 2024 00:09:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, P O BOX 8973, Madison, WI 53708-8973 |
| 14727154 | | Email/Text: EDBKNotices@ecmc.org | Jun 27 2024 00:08:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14727156 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 27 2024 00:09:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14730080 | ^ | MEBN | Jun 26 2024 23:51:30 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14727158 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jun 27 2024 00:08:00 | VW Credit, Inc., P.O. Box 9013, Addison, TX 75001-9013 |
| 14727157 | | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:10:56 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14727134 | *+ | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14727142 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14727143 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14727139 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14727140 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14727146 | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14727148 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14727149 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14727150 | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 22-12697-amc    Doc 82    Filed 06/28/24    Entered 06/29/24 00:36:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 53 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G amps@manleydeas.com |
| ANDREW M. LUBIN | on behalf of Creditor Far REO Sub I LLC nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Seneca Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor William E Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor HEMAP Homeowner's Emergency Mortgage Assistance Program Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARISA MYERS COHEN | on behalf of Creditor Finance of America Reverse LLC ecfmail@mwc-law.com mcohen@mwc-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    WILLIAM E COVINGTON<br>    SENECA COVINGTON<br><br>                Debtors | Chapter 13<br><br>Bankruptcy No. 22-12697-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 26, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge